

**Mars Khaimov Law, PLLC**

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**VIA ECF**
Magistrate Judge Gabriel W. Gorenstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

MEMORANDUM ENDORSED

December 23, 2023

Re:   <u>1:23-cv-09319-JHR-GWG Tarr v. Clothing Arts, Ltd.</u>

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Gorenstein,

     Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial pretrial conference, currently scheduled for January 4th, 2024 at 11:00 AM. Defendant is unrepresented, the Parties are in communication and negotiating settlement. Further, counsel will be traveling and unavailable to attend the conference on that date. Plaintiff requests a 45-day adjournment and proposes to reschedule the conference for February 19th, 2024, or a date convenient to the Court. This is the first time relief is being requested.

     We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

<u>/s/ Mars Khaimov</u>
Mars Khaimov, Esq.
*Attorney for Plaintiff*

Application denied for failure to comply with paragraph 1.F of the Court's Individual Practices.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 27, 2023

