```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ELLEN ELIZABETH TARR, On Behalf of Herself and All Others Similarly Situated,

                Plaintiff,

-v.-

CLOTHING ARTS, LTD.,

                Defendant.

---

23 Civ. 9319 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Before the Court is Plaintiff Ellen Elizabeth Tarr's motion for default judgment against Defendant Clothing Arts, Ltd. ECF No. 19. In support, Plaintiff filed an affirmation, exhibits, and a proposed default judgment. ECF Nos. 20, 21. Pursuant to Rule 7 of the Court's Default Judgment Procedures, all papers filed in connection with a motion for default judgment "shall simultaneously be mailed to" each defendant at its "last known business address," and "[p]roof of such mailing shall be filed with the Court on ECF." *See* Indiv. Civil R. & Pracs., Attach. A, R. 7.

The docket does not reflect proof of service of Plaintiff's motion and supporting papers. By **September 18, 2024**, Plaintiff shall serve Defendant by mail and file proof of service on the docket.

    SO ORDERED.

Dated: September 16, 2024
       New York, New York

                                                      JENNIFER H. REARDEN
                                                      United States District Judge