UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELLEN ELIZABETH TARR,                              :

                                                   :
              Plaintiff,                           23 Civ. 9319 (JHR) (GWG)
                                                   :
    -against-                                      **ORDER**
                                                   :
CLOTHING ARTS, LTD.,
                                                   :

                                                   :
              Defendant.                           :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    On April 1, 2025, this Court issued an order (Docket # 28) requiring plaintiff to make certain filings by April 22, 2025. Plaintiff has not complied with this Order. The Court sua sponte extends the deadline to May 8, 2025.[1] Plaintiff is warned that if she fails to comply with this Order, this case may be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41.

    Plaintiff is directed to serve a copy of this Order on defendant at its last known address and to file proof of service on or before May 8, 2025.

    Dated:  New York, New York
            May 1, 2025

                           SO ORDERED:

                           GABRIEL W. GORENSTEIN
                           United States Magistrate Judge

---

[1] If timely made, any response from defendant to this filing shall be due May 29, 2025.